**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
JIAN PING LIN,
*individually and on behalf of others similarly situated*,

        Plaintiff,        Case No. 1:17-cv-03737

       v.          **STIPULATION OF**
                **VOLUNTARY DISMISSAL OF**
MONDA WINDOW & DOOR SYSTEMS, INC.  **DEFENDANTS MONDA**
  d/b/a Monda Windows & Doors     **WINDOW & DOOR SYSTEMS,**
  d/b/a Monda Window & Door Systems, **INC. AND WONDA LLC**
MONDA WINDOW & DOOR, CORP.    **PURSUANT TO FED. R. CIV. P.**
  d/b/a Monda Windows & Doors,   <u>**41(a)(1)(A)(ii)**</u>
MONDA WINDOW & DOOR MFG. LTD.
  d/b/a Monda Window & Door
  d/b/a Monda Window & Door Systems,
WONDA LLC
  d/b/a Monda Window & Door
  d/b/a Monda Window & Door Systems,
RIBIAO WANG
  a/k/a Ri Biao Wang,
DENIS WANG,
MIN OUYANG
  a/k/a Mindy Ouyang,
DANCY LIN, and
ELIAS ABUBEKER,

        Defendants.
-----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff Jian Ping Lin and Defendants Monda Window & Door Systems, Inc. d/b/a Monda Windows & Doors d/b/a Monda Window & Door Systems ("Monda Window & Door Systems, Inc.") and Wonda LLC d/b/a Monda Window & Door d/b/a Monda Window & Door Systems ("Wonda LLC") respectively, that this action is discontinued and dismissed <u>only as against Defendants Monda Window & Door Systems, Inc. and Wonda LLC</u>, without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and with each party to bear its own fees and costs.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts, and that for purposes of this stipulation, facsimile and electronic signatures may be accepted as original.

Dated: Flushing, NY
   October 4, 2018

/s/ Aaron Schweitzer _____

Aaron B. Schweitzer, Esq.

TROY LAW, PLLC

*Attorneys for Plaintiff*

41-25 Kissena Boulevard, Suite 119

Flushing, NY 11355

Tel: (718) 762-1324

Fax: (718) 762-1342

troylaw@troypllc.com

/s/ Richard Chen _____

Richard A. Chen, Esq.

LAW OFFICES OF RICHARD ALAN CHEN, ESQ.

*Attorneys for Defendants Monda Window &*
*Door Systems, Inc. and Wonda LLC*

41-60 Main Street

Flushing, NY 11355

Tel: (718) 886-8182

Fax: (718) 886-8011

raclawoffice3@gmail.com

SO ORDERED:

s/ MKB 10/5/2018

_____

MARGO K. BRODIE

United States District Judge