# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **JIANG PING LIN, individually and on behalf of all others similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) ) ) ) | **18-cv-6848** **Judge Jorge L. Alonso** **Magistrate Judge Young B. Kim** |
| **MONDA WINDOW & DOORS SYSTEMS, et al.** ) ) ) ) | |
| **Defendant.** ) | |

## ORDER

JORGE L. ALONSO, United States District Judge:

This matter is before the Court on a joint motion of settlement approval of a Fair Labor Standards Act, 29 USC §216(b)-(c) between Plaintiff JIAN PING LIN and Defendants Monda Window & Door, Corp., d/b/a Monda Windows & Doors, Ribiao Wang a/k/a Ri Biao Wang a/k/a Denis Wang, Min Ouyang, a/k/a Mindy Ouyang, and Elias Abubeker.

By Clerk's Docket Entry dated May 21, 2020, the Court issued an Order finding the joint motion for approval of settlement (Docket Entry No. 107) fair and reasonable and approved of the settlement.

Accordingly, IT IS HEREBY ORDERED:

1. This cause is dismissed without prejudice, to convert to a dismissal with prejudice on July 23, 2020 without further notice, the parties to bear their own costs, unless a party moves to reinstate the action prior to that date;

2. All pending motions are moot; the Clerk is directed to close the case as provided in this Order.

SO ORDERED.

Dated: ___July 14, 2020,
Chicago, Illinois

_____
JORGE L. ALONSO
United States District Judge